No. 22-50936
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

EVAN P. JOWERS

*Defendant-Appellant*,

v.

MWK RECRUITING, INC.

*Plaintiff-Appellees*
_____

United States District Court
Western District of Texas
1:18-cv-00444-RP
Honorable Robert L. Pitman
_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
_____

Robert Tauler (SBN 241964)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927
Email: rtauler@taulersmith.com

*Attorneys for Defendant/Appellant*
*Evan P. Jowers*

## MOTION FOR EXTENSION OF TIME

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellant Evan P. Jowers files this motion to extend his time to file his Opening Brief.

Appellant respectfully seeks a 28-day extension of time to file his opening brief. The requested 28-day extension of time is necessary because of undersigned counsel's obligations on multiple matters that have prevented and will prevent counsel from drafting an opening brief that is thorough and helpful to the Court, including:

- Drafting Appellant's Opening Brief in *Alkayali v. Clifford*, No. 22-55993 (9th Circuit) (filing today);

- Trial preparation for *Sage Telecom, Inc. v. Zambrano*, No. DC-22-00028 (District Court of Dallas County, Texas) (trial beginning March 6, 2023)

Additionally, the associate attorney with the most knowledge of the facts of the underlying case is no longer with our firm.

This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

On January 31, 2023, the undersigned counsel sent an email to Robert E. Kinney and Ray Mort, counsel for Appellee MWK Recruiting, Inc., asking whether

they consented to or opposed this request for an extension of time. No response was given by the time of filing this Motion.

Appellant is filing this Motion today in accordance with Fifth Circuit Rule 31.4.1(a), which reads, "A request for extension should be made as soon as it is reasonably possible to foresee the need for the extension."

For the foregoing reasons, Appellant respectfully requests that the deadline to file his Opening Brief, currently set for February 27, 2023 be extended by 28 days and reset for **March 27, 2023**.

                                        Respectfully submitted,

Dated:  February 2, 2023        By:  /s/ Robert Tauler
                                                  ROBERT TAULER
                                                  Tauler Smith LLP
                                                  626 Wilshire Blvd., Suite 510
                                                  Los Angeles, California 90017
                                                  Tel: (310) 590-3927
                                                  Email: rtauler@taulersmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the forgoing **Appellant's Motion for Extension of Time** with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  February 2, 2023         By:  /s/ Robert Tauler
                                      ROBERT TAULER
                                      Tauler Smith LLP
                                      626 Wilshire Blvd., Suite 510
                                      Los Angeles, California 90017
                                      Tel: (310) 590-3927
                                      Email: rtauler@taulersmith.com