# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 03, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50936   MWK Recruiting v. Jowers
                     USDC No. 1:18-CV-444

The court has granted an extension of time to and including March 27, 2023 for filing appellant's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Angelique B. Tardie, Deputy Clerk
                      504-310-7715

Mr. Robert E. Kinney
Mr. Raymond W. Mort III
Mr. Robert Tauler