**Case No. 22-50936**

# United States Court of Appeals

*for the*

# Fifth Circuit

MWK RECRUITING INCORPORATED,

*Plaintiff–Appellee,*

– v. –

EVAN P. JOWERS,

*Defendant–Appellant,*

———————————————

*Appeal from the United States District Court for the Western District of Texas
in Case No. 1:18-00444-RP, Judge Robert Pitman*

## UNOPPOSED MOTION TO STAY APPEAL

Robert E. Kinney
824 West 10th Street, Suite 200
Austin, Texas 78701
512-636-1395
Robert@KinneyRecruiting.com

*Counsel for Plaintiff–Appellee
MWK Recruiting Incorporated*

Raymond W. Mort, III
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
512-865-7950
raymort@austinlaw.com

Dated: March 2, 2023

## UNOPPOSED MOTION TO STAY APPEAL

In accordance with Federal Rules of Appellate Procedure 4 and 27(b) and Fifth Circuit Rule 27.1.3, Plaintiff-Appellee MWK Recruiting Incorporated (now known as Counsel Holdings, Inc.) ("Plaintiff-Appellee") hereby moves for a stay of further proceedings in this appeal pending the district court's disposal of pending motions to amend the judgment and add findings of fact. Counsel for Plaintiff-Appellee has conferred with counsel for Defendant-Appellant Evan P. Jowers ("Jowers"), who confirmed that he will not oppose this motion.

Pursuant to Rule 4(a)(4)(B)(i), "If a party files a notice of appeal after the court announces or enters judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered." In this case, the district court entered judgment on September 19, 2022. ROA 22-50936.10363. On October 19, 2022, Jowers filed a notice of appeal, which caused this Court to schedule briefing in this case. Appellant's brief deadline is currently March 27, 2023.

Appellant's notice of appeal was not effective when filed, however, because on October 10, 2022, Plaintiff-Appellee filed a motion seeking amended or additional factual findings under Rule 52(b) and seeking to alter or amend the judgment under Rule 59. ROA 22-50936.10575. On October 11, 2022, defendant Yuliya Vinokurova also filed a motion to amend the judgment pursuant to Rule 59. ROA 22-50936.10665. The district court has not yet disposed of any of the pending Rule 4(a)(4)(A) motions.

As a result of those filings, by operation of Rule 4(a)(4)(B)(i), Defendant-Appellee's notice of appeal will become effective "when the order disposing of the last such remaining motion is entered." "A notice of appeal filed before a timely filed Rule 59 motion is sufficient to bring the underlying case to the court of appeals but is, in effect, suspended until the motion is disposed of, whereupon, the previously filed notice effectively places jurisdiction in the court of appeals." *Palacios v. Stephens*, 723 F.3d 600, 603 (5th Cir. 2013) (citation omitted). Therefore, Defendant-Appellee's notice of appeal is not yet effective. Because the notice of appeal is not yet effective, the Court should stay further proceedings in this case until such time as the district court disposes of

the last Rule 4(a)(4)(A) motion and Defendant-Appellees notice of appeal

becomes effective.

Dated: March 2, 2023

Respectfully submitted,

*/s/ Robert E. Kinney*

Robert E. Kinney
824 West 10th Street, Suite 200
Austin, Texas 78701
512-636-1395
Robert@KinneyRecruiting.com

Raymond W. Mort, III
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
512-865-7950
raymort@austinlaw.com

*Counsel for Plaintiff-Appellee*
*MWK Recruiting Incorporated*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2023, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: March 2, 2023                    */s/ Robert E. Kinney*
Robert E. Kinney

*Counsel for Plaintiff-Appellee*
*MWK Recruiting Incorporated*