# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50936   MWK Recruiting v. Jowers
                    USDC No. 1:18-CV-444

The court has taken the following action in this case:

Appellee's Motion to stay appeal pending a ruling on Documents 354 and 355 in the district court is GRANTED.


                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       */s/ Melissa Mattingly*
                                     By: _____
                                     Melissa V. Mattingly, Deputy Clerk
                                     504-310-7719

Mr. Robert E. Kinney
Mr. Raymond W. Mort III
Mr. Robert Tauler