No. 22-50936

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

MWK RECRUITING INCORPORATED,

Plaintiff-Appellee,

v.

EVAN P. JOWERS,

Defendant-Appellant.

**APPELLEE'S UNOPPOSED MOTION TO
SUBSTITUTE PARTIES AND AMEND CAPTION**

Plaintiff-Appellee MWK Recruiting Incorporated respectfully files this unopposed motion to substitute parties under Fed. R. Civ. P. 43(b) and to amend the caption accordingly.  Specifically, Plaintiff-Appellee requests that the Court substitute Counsel Holdings, Inc. for MWK Recruiting Incorporated as the proper plaintiff-appellee, and that the caption be changed to reflect that order.  In support of this motion, Plaintiff-Appellee states:

1. MWK Recruiting Incorporated was the proper plaintiff-appellee when Appellant Evan P. Jowers noticed this appeal, but the Court stayed the appeal by order issued March 6, 2023 and the district court then issued an amended final judgment on July 25, 2023. ROA.14068. The district court's amended final judgment provides: "The Court finds that Counsel Holdings, Inc. is the successor in interest to each of the agreements and claims at issue in this lawsuit and is the properly named Plaintiff in this lawsuit." *Id.*

2. Accordingly, to effectuate the district court's uncontested finding that Counsel Holdings, Inc. is the successor in interest to the agreements and claims underlying this case, the Court should substitute Counsel Holdings, Inc. for MWK Recruiting Incorporated as the proper plaintiff-appellee under Fed. R. App. P. 43(b), and order that the caption of this appeal be amended in accordance with this ruling. *See e.g. Investors, L.P. v. Alexander*, 2021 WL 3921418 n. 1 (5th Cir. 2021); *Reyes v. City of Plainview*, 362 Fed. Appx 423 n. 2 (5th Cir. 2010); *Wright v. Miller*, 96 F.3d 1445, 1996 WL 512250 at * 3 (5th Cir. 1996). The new, corrected caption of this appeal should be:

No. 22-50936

COUNSEL HOLDINGS, INC.,

Plaintiff-Appellee,

v.

EVAN P. JOWERS,

Defendant-Appellant.

3. Appellant consents to and does not oppose this motion.

January 11, 2024              Respectfully Submitted,

<div style="margin-left: 3em;">

s/ *Martin J. Siegel*
Martin J. Siegel
LAW OFFICES OF MARTIN J. SIEGEL, P.C.
2222 Dunstan
Houston, TX 77005
Telephone: (281) 772-4568

*Attorney for Plaintiff-Appellee*

</div>

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for Appellant, and Appellant does not oppose, and consents to, this motion.

<div style="text-align: right;">

s/ *Martin J. Siegel*
Martin J. Siegel

</div>

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Fed. R. Civ. P. 27 because it contains 287 words, excluding exempted portions. I further certify that this motion complies with the typeface requirements of Federal Rules of Appellate Procedure because it is printed in a proportionally spaced typeface using the Microsoft Word 2004 for Mac, Version 11.5.6, program in 14 point, Times New Roman font in body text and 12 point, Times New Roman font in footnote text.

s/      *Martin J. Siegel*
Martin J. Siegel

Dated: January 11, 2024

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2024, the foregoing motion was served electronically on the following pursuant to Fed. R. App. P. 25 and Fifth Circuit rule 25.2.5:

Richard N. Asfar
Almazan Law
515 W. Bay Street, Suite 210
Tampa, Florida 33606
(305)665-6681 ext. 8019
rasfar@almazanlaw.com

*Counsel for Appellant*

                                        s/ *Martin J. Siegel*
                                        Martin J. Siegel