# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 22-50936   Cnsl Hold v. Jowers
                  USDC No. 1:18-CV-444

Enclosed is an order entered in this case.


            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Christina A. Gardner, Deputy Clerk
            504-310-7684

Mr. Richard N. Asfar
Mr. Robert E. Kinney
Mr. Matthew Larosiere
Mr. Aaron Gavin McLeod
Mr. Raymond W. Mort III
Mr. Martin Jonathan Siegel