NO. No. 22-50936

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK RECRUITING INCORPORATED,,
Plaintiff–Appellee,

v.

EVAN JOWERS,
Defendant–Appellant.

_____

NOTICE OF SUGGESTION OF BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS

_____

                                            Matthew Larosiere
                                            *Attorney for Appellant*
                                            6964 Houlton Cir,
                                            Lake Worth FL 33467
                                            Tel: (561) 452 7575
                                            Larosieremm@gmail.com

**PLEASE TAKE NOTICE** that, on April 15, 2024, Evan Philip Jowers ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Mindy A. Mora, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Evan Philip Jowers*, Case Number 24-13584. It is attached hereto as Exhibit-A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of his voluntary petition gave rise to a stay, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtor or against any property of each of the Debtor's bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; (c) any act to obtain possession of

property of or from any of the Debtors' bankruptcy estates[1], or to exercise control over property of any of the Debtors' bankruptcy estates. Accordingly these appellate proceedings are stayed. *See Marcus, Stowell & Beye Gov't Sec., Inc. v. Jefferson Inv. Corp.*, 797 F.2d 227, 230 n.4 (5th Cir. 1986) No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that given that this appeal has been stayed since April 15, 2024, because of Debtor's filing of a voluntary petition under section 362(a) of the Bankruptcy Code, Debtor gives notice that he will file an amended petition for rehearing once the automatic stay is lifted in compliance with the Clerk's directive. *See Marcus, Stowell & Beye Gov't Sec., Inc.*, 797 F.2d at 230 n.4.

---

[1] Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtor expressly reserve all rights to contest any claims that may be asserted against the Debtor.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (i) visiting the Court's website at https://ecf.flsb.uscourts.gov/cgi-bin/login.pl (PACER login and password required) in\ accordance with the procedures and fees set forth therein, or (ii) contacting the counsel for the Debtor: Zermay Law, P.A., Zachary Z. Zermay Esq.; 3000 Coral Way, Suite 1115, Coral Gables, FL 33145; telephone: (305) 767-3529 zach@zermaylaw.com, info@zermaylaw.com.

Respectfully submitted,
/s/ Matthew Larosiere
*Attorney for Appellant*
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this twenty fifth day of April, 2024, the foregoing petition for panel rehearing was served upon opposing counsel and all others registered for service in this case via the Court's ECF Filing system.

/s/ Matthew Larosiere
Matthew Larosiere

## CERTIFICATE OF COMPLIANCE

I hereby certify that this petition complies with the type-volume and type style limitations of Fed. R. App. P. 32 because it contains 2017 words, was prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point, Times New Roman font for the body text, and 12 point, Times New Roman font in footnote text.

/s/ Matthew Larosiere
Matthew Larosiere

Dated: April 25, 2024.

EXHIBIT-A

Case: 22-50936    Document: 127-1    Page: 6    Date Filed: 04/25/2024