

**ADAMS AND REESE** LLP

**Attorneys at Law**
Alabama
Colorado
Florida
Georgia
Louisiana
Mississippi
North Carolina
South Carolina
Tennessee
Texas
Washington, DC

**Aaron G. McLeod**
Direct: 205.250.5061
E-Fax: 205.488.8061
aaron.mcleod@arlaw.com

August 6, 2024

The Honorable Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   22-50936
      *Evan Jowers, Defendant-Appellant v.*
      *MWK Recruiting, Inc., Plaintiff-Appellee*

Dear Mr. Cayce:

The undersigned respectfully submits this notice to withdraw as counsel of record for Appellant Evan Jowers. Mr. Jowers has engaged Matthew Larosiere to represent him in this matter going forward. The undersigned will no longer be needed in this matter. Mr. Jowers is aware that the undersigned is seeking to withdraw and has no objection.

This withdrawal is made in good faith. No party would be prejudiced, and no delay would be caused by this withdrawal.

Respectfully submitted,

Aaron G. McLeod

AGM/lbl

cc:   Martin J. Siegel martin@siegelfirm.com
      Matthew Larosiere larosieremm@gmail.com