No. 22-50936

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK RECRUITING INCORPORATED,,
Plaintiff–Appellee,

v.

EVAN JOWERS,
Defendant–Appellant.

_____

## BANKRUPTCY STATUS REPORT

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584, with the last filing being a Notice of Examination, filed on February 17, 2025.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Matthew Larosiere
　　　　　　　　　　　　　　　　*Attorney for Appellant*
　　　　　　　　　　　　　　　　6964 Houlton Cir,
　　　　　　　　　　　　　　　　Lake Worth FL 33467
　　　　　　　　　　　　　　　　Tel: (561) 452 7575
　　　　　　　　　　　　　　　　Larosieremm@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this seventeenth day of February, 2025, the foregoing status report was served upon opposing counsel and all others registered for service in this case via the Court's ECF Filing system.

/s/ Matthew Larosiere<br>Matthew Larosiere

## CERTIFICATE OF COMPLIANCE

I hereby certify that this petition complies with the type-volume and type style limitations of Fed. R. App. P. 32 because it contains 40 words, was prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point, Times New Roman font for the body text, and 12 point, Times New Roman font in footnote text.

/s/ Matthew Larosiere<br>Matthew Larosiere

Dated: January 14, 2025.