No. 22-50936

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK RECRUITING INCORPORATED,,
Plaintiff–Appellee,

v.

EVAN JOWERS,
Defendant–Appellant.

_____

## BANKRUPTCY STATUS REPORT

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584, with the last filings being an Agreed Order Granting an Agreed Motion to Cancel Hearing on Motion for Sanctions, filed on May 06, 2025.

                Respectfully submitted,

                /s/ Matthew Larosiere
                *Attorney for Appellant*
                6964 Houlton Cir,
                Lake Worth FL 33467
                Tel: (561) 452 7575
                Larosieremm@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this tenth day of May, 2025, the foregoing status report was served upon opposing counsel and all others registered for service in this case via the Court's ECF Filing system.

/s/ Matthew Larosiere
Matthew Larosiere

## CERTIFICATE OF COMPLIANCE

I hereby certify that this petition complies with the type-volume and type style limitations of Fed. R. App. P. 32 because it contains 50 words, was prepared in a proportionally spaced typeface using Microsoft Word 365, in 14 point, Times New Roman font for the body text, and 12 point, Times New Roman font in footnote text.

/s/ Matthew Larosiere
Matthew Larosiere

Dated: May 10, 2025.