No. 22-50936

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK RECRUITING INCORPORATED,,
Plaintiff–Appellee,

v.

EVAN JOWERS,
Defendant–Appellant.

_____

# APPELLANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

Appellant hereby moves, pursuant to Federal Rule of Appellate Procedure 42(b), to voluntarily dismiss this appeal, with each party to bear its own costs. This motion is unopposed.

Respectfully submitted,

/s/ Matthew Larosiere
*Attorney for Appellant*
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this seventeenth day of December, 2025, the foregoing motion was served upon opposing counsel and all others registered for service in this case via the Court's ECF Filing system.

/s/ Matthew Larosiere
Matthew Larosiere
