# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 16, 2026
Lyle W. Cayce
Clerk

No. 22-50936

―――――――――

Counsel Holdings, Incorporated,

*Plaintiff—Appellee,*

versus

Evan P. Jowers,

*Defendant—Appellant.*

―――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

―――――――――

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of January 16, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT